IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RONNIE JAMES LAFLEUR, SR. | § | |
| VS. | § | CIVIL ACTION NO. 1:13-CV-621 |
| ST. ELIZABETH HOSPITAL STAFF, *et al.*, | § | |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ronnie James Lafleur, a former pre-trial detainee at the Jefferson County Jail, proceeding *pro se* and *in forma pauperis*, brings this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Dr. Eric Wooten, Duty Nurse Kristen Hoffpauir, Duty Nurse Sommer Smith, and St. Elizabeth Hospital Management Supervisors.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's claims against these defendants should be dismissed for failure to state a claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

After receiving objections to the Report and Recommendation, the Magistrate Judge entered an order granting plaintiff's request to amend his complaint and add the defendants the Beaumont Police Department and certain unnamed officers with the Beaumont Police Department. Based on the foregoing, the court finds plaintiff's objections lacking in merit.

## ORDER

Accordingly, the objections of plaintiff are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A partial judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **2** day of **July, 2014.**

_____
Ron Clark, United States District Judge