IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RONNIE JAMES LAFLEUR | § | |
| VS. | § | CIVIL ACTION NO. 1:13-CV-621 |
| ST. ELIZABETH HOSPITAL STAFF ER, *et al.*, | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ronnie James Lafleur, an inmate formerly confined at the Jefferson County Jail, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants the Beaumont Police Department ("BPD") and certain unnamed officers with the Beaumont Police Department.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's claims against the Beaumont Police Department and the City of Beaumont be dismissed for failure to state a claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A partial judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this 5 day of **September, 2014.**

_____
Ron Clark, United States District Judge